UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD STERLIN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:21-cv-3707-RA<br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

The matter in the above-captioned action having been amicably resolved by and between plaintiff Richard Sterlin ("Plaintiff") and defendant Whole Foods Market Group, Inc. (improperly plead as Whole Foods Market, Inc.) ("Defendant") it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case against Defendant shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

_____
Paul N. Cisternino, Esq.
Law Office of Paul N. Cisternino, P.C.
Attorneys for Plaintiff

Dated: Aug 21, 2021

_____
Keith J. Rosenblatt, Esq.
Littler Mendelson, P.C.
Attorneys for Defendant

Dated: August 25, 2021

SO ORDERED:

_____
HON. RONNIE ABRAMS, U.S.D.J.

Dated: _____, 2021

4818-0063-0774.1 / 099817-1102